UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

| | |
|---|---|
| Sarah M. Shellito, | Case No.: 07-CV-3924 ADM/RLE |
| Plaintiff, | |
| vs. | APPLICATION TO WITHDRAW AS COUNSEL OF RECORD |
| North Country Ethanol Co. and Thomas Lane, | |
| Defendants. | |

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Michelle M. Barrette, currently listed as counsel of record for Plaintiff, Sarah M. Shellito, wishes to withdraw as counsel for Plaintiff, Sarah M. Shellito, in this case as counsel is not admitted for practice in United States District Court.

The Plaintiff, Sarah M. Shellito, continues to be represented and can be served and or notified of matters relating to this action through his attorney of record Alf E. Sivertson of the Law Offices of Sivertson & Barrette, P.A., 1465 Arcade Street, Saint Paul, Minnesota 55106-1740.

Dated:   September 11, 2007.

LAW OFFICES OF
SIVERTSON AND BARRETTE, P.A.

By: *Michelle M. Barrette*
Michelle M. Barrette (133590)
The Barrister Building
1465 Arcade Street
Saint Paul, MN 55106-1740
(651) 778-0575
Email:   Michelle@sivbar.com