UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

| | |
|---|---|
| Sarah M. Shellito,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>North County Ethanol Co.<br>And Thomas Lane,<br><br>　　　　　　Defendants. | Case No. 07-CV-3924 ADM/RLE<br><br>**DEFENDANT THOMAS G. LANE'S STATEMENT OF THE CASE** |

**INSURANCE COVERAGE**

Defendant Thomas G. Lane ("Lane") does not have any applicable insurance coverage with respect too this matter.

**DEFENDANT LANE'S STATEMENT OF THE CASE**

Defendant Lane was an employee of Defendant North Country Ethanol when he, along with Plaintiff Sarah M. Shellito ("Plaintiff") attended an employer sponsored course in Bloomington, Minnesota. Defendant Lane did not engage in any unlawful conduct with respect to Plaintiff before, during, or after such conference. Defendant Lane did not unlawfully touch or in any way sexually harass Plaintiff at any time.

Defendant Lane hereby reasserts all affirmative defenses plead in his answer.

Dated: February 15, 2008.

       **GRAY, PLANT, MOOTY,**
        **MOOTY & BENNETT, P.A.**


       By  s/Judith Bevis Langevin
         Judith Bevis Langevin(# 36092)
       500 IDS Center
       80 South Eighth Street
       Minneapolis, Minnesota 55402
       Telephone: 612/632-3000

       **ATTORNEYS FOR DEFENDANT**
       **THOMAS G. LANE**


GP:2331138 v1