IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SARAH M. SHELLITO, <br><br> Plaintiff, <br><br> vs. <br><br> NORTH COUNTRY ETHANOL CO. AND THOMAS LANE, <br><br> Defendants. | Case No. 07-cv-03924 ADM/RLE <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL** |

The undersigned attorneys hereby advise the Court that all claims by all parties in the above-entitled cause of action have been fully compromised and settled.

THEREFORE:

IT IS HEREBY STIPULATED by and between all of the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED that without further notice the judgment of dismissal with prejudice and on the merits of all claims and counterclaims, without costs or disbursements to any of the parties, may be entered herein.

Dated: ___March 13,_____, 2008

GRAY, PLANT, MOOTY,
   MOOTY & BENNETT, P.A.

By__s/ Samuel W. Diehl_____
   Judith Bevis Langevin (#36092)
   Megan L. Anderson (#248058)
   Samuel W. Diehl (#388371)
500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 632-3000
ATTORNEYS FOR DEFENDANT
THOMAS LANE

-1-

Dated:  March 13,  , 2008   LAW OFFICES OF
                             SIVERTSON AND BARRETTE, P.A.


                             By:  s/ Alf E. Sivertson
                                  Alf E. Sivertson (#122233)
                             The Barrister Building
                             1465 Arcade Street
                             St. Paul, MN 55106-1740
                             Telephone: (651) 778-0575

                             ATTORNEY FOR THE PLAINTIFF

Dated: ____March 14,_____, 2008

LAW OFFICES OF
LYNN, JACKSON, SHULTZ & LEBRUN


By:__s/ Ryland Deinert_____
    Ryland Deinert (#035319X)
141 North Main Avenue
PO Box 2700
Sioux Falls, SD 57101-2700
Telephone: (605) 332-5999
E-mail: rdeinert@lynnjackson.com

ATTORNEYS FOR DEFENDANT
NORTH COUNTRY ETHANOL